JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LOUIE GIANNINI, | No. ED CV 09-02253-JVS (VBK) |
| Petitioner, | JUDGMENT |
| v. | |
| JAMES D. HARTLEY, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

**IT IS ADJUDGED** that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: December 16, 2009

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE